# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Northstar Education Finance, Inc., Contract Litigation<br><br>*This document relates to:*<br>All Actions | MDL No. 08-1990 (D. Minn.)<br><br>Judge Donovan W. Frank<br><br>Magistrate Judge Jeffrey J. Keyes |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE TO BE FURNISHED TO SETTLEMENT CLASS

Plaintiffs on behalf of themselves and members of the proposed settlement class (the "Settlement Class" or "Class") and Defendant Northstar Education Finance, Inc. d/b/a Total Higher Education ("Northstar") jointly move the Court for entry of an Order granting preliminary approval of a proposed settlement (the "Settlement") between Plaintiffs and Defendant. Additionally, to advance the Settlement toward final approval, Plaintiffs and Defendant jointly ask the Court to:

1. Preliminarily approving the [Proposed] Stipulation of Class Action Settlement ("Settlement") between Plaintiffs and with Defendant Northstar Education Finance, Inc. d/b/a Total Higher Education ("Northstar") pursuant to Fed. R. Civ. P. 23(e);

2. Conditionally certifying the proposed settlement class ("Settlement Class" or the "Class");

3. Appointing Interim Class Counsel as Settlement Class Counsel, for all purposes;

414324.2

    4. Approving the form and content of the proposed Class Notice, pursuant to Fed. R. Civ. P. 23(c)(2)(B), and directing its dissemination to the Settlement Class pursuant to Fed. R. Civ. P. 23(e)(1);

    5. Establishing a date for the final fairness hearing pursuant to Fed. R. Civ. P. 23(e)(1)(c);

    6. Setting deadlines for accomplishing other steps in the Settlement-approval process; and

    7. Staying the proceedings against Defendant in accordance with the terms of the Settlement.

This motion is based on the record in each individual action and in this consolidated multidistrict litigation, as well as the Memoranda of Law to be submitted by each party, Affidavits supporting this Motion and the Memoranda of Law, and a Proposed Order served and filed with this Motion.

Dated: December 14, 2009            **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

                                                 /s/ Robert K. Shelquist
                                                 Robert K. Shelquist (#21310X)
                                                 100 Washington Avenue South, Suite 2200
                                                 Minneapolis, Minnesota 55401
                                                 Tel: (612) 339-6900
                                                 Fax: (612) 339-0981
                                                 rkshelquist@locklaw.com

Adam J. Levitt
John E. Tangren
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Tel:  (312) 984-0000
Fax:  (312) 984-0001
levitt@whafh.com
tangren@whafh.com

Charles S. Zimmerman
**ZIMMERMAN REED, PLLP**
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota  55402
Tel:  (612) 341-0400
Fax: (612) 341-0844
Charles.Zimmerman@zimmreed.com

*Plaintiffs' Interim Class Counsel and Proposed Settlement Class Counsel*

Jason J. Thompson
**SOMMERS SCHWARTZ P.C.**
2000 Town Center, Suite 900
Southfield, Michigan  48075
Tel:  (248) 355-0300
Fax:  (248) 746-4001

Brian S. Kabateck
Richard L. Kellner
Niall G. Yamane
**KABATECK BROWN**
  **KELLNER LLP**
644 South Figueroa Street
Los Angeles, California  90017
Tel:  (213) 217-5000
Fax:  (213) 217-5010

*Plaintiffs' Executive Committee*

| | |
|---|---|
| Dated:  December 14, 2009 | **LEONARD, STREET AND DEINARD** |
| | /s/   Todd A. Noteboom<br>Todd A. Noteboom, #240047<br>David A. Applebaum, #350606<br>Arthur G. Boylan, #338229<br>150 South Fifth Street, Suite 2300<br>Minneapolis, Minnesota  55402<br>Tel:  (612) 335-1894<br>Fax:  (612) 335-1657<br>todd.noteboom@leonard.com<br>david.applebaum@leonard.com |
| | *Counsel for Defendant* |