# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## MOTION HEARING

|  |  |
|---|---|
| ) | **COURT MINUTES** |
| ) | BEFORE: Donovan W. Frank |
| ) | U.S. District Judge |
| ) |  |
| ) | Case No:       08-MD-1990 DWF/JJK |
| ) | Date:          December 21, 2009 |
| ) | Court Reporter:   Jeanne Anderson |
| ) | Time Commenced:  9:00 a.m. |
| ) | Time Concluded:   10:00 a.m. |
| ) | Time in Court:    1 Hour |
| ) |  |

In Re: NorthStar Education Finance, Inc.

Hearing on:  **Joint Motion for Preliminary Approval of Settlement [Docket No. 36]**

APPEARANCES:

Charles Zimmerman, Robert Shelquist, Adam Levitt, Todd Noteboom, David Applebaum, Timothy Becker, Mark Lindgren

PROCEEDINGS:

☐ Plaintiff's Witnesses:
☐ Plaintiff' Exhibits:
☐ Defendant's Witnesses:
☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:** Matter taken under advisement.

☒ **Submitted**          ☐ **Sustained**          ☐ **Overruled**
☐ Brief time set:
☒ Written order forthcoming.

    s/B. Schaffer
    Calendar Clerk